IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CR441CDP |
| | ) |
| TERRANCE WILSON | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

COME NOW Kevin C. Curran, First Assistant Federal Public Defender, and the Office of the Federal Public Defender and move to withdraw as counsel for defendant Wilson due to a conflict of interest.

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dean Hoag and Mike Reilly, Assistant United States Attorneys.

/s/Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender